COLUMBUS BAR ASSOCIATION *v.* COHODES.

[Cite as Columbus Bar Assn. *v.* Cohodes (1986), 22 Ohio St. 3d 221.]

(D.D. No. 85-21—Decided March 12, 1986.)

*Jones, Day, Reavis & Pogue, John W. Zeiger, Brownfield, Bally & Goodman* and *James W. Lewis,* for relator.

*Lewis W. Dye,* for respondent.

*Per Curiam.* After a thorough examination of the record in this cause, this court concurs with the findings and conclusions of the board that respondent's conduct constituted violations of DR 1-102(A)(1), (3), (4) and (6) and DR 9-102(A) of the Code of Professional Responsibility.

It is therefore the judgment of this court that respondent be permanently disbarred from the practice of law.

*Judgment accordingly.*

CELEBREZZE, C.J., SWEENEY, LOCHER, HOLMES, C. BROWN, DOUGLAS and WRIGHT, JJ., concur.